UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ASHLAND LLC ET AL                    CIVIL ACTION NO.  18-cv-1290

VERSUS                               JUDGE JUNEAU

AMERIGLOBE LLC ET AL                 MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna

for a Report and Recommendation.  After an independent review of the record,

and considering the objections filed, this Court concludes that the Magistrate

Judge's Report and Recommendation is correct and adopts the findings and

conclusions therein as its own.  The Court specifically notes that under Louisiana

law, adopting the Report and Recommendation and dismissing DanChem

Technologies, Inc. with prejudice will not bar any remaining party from presenting

evidence at trial as to the comparative fault of DanChem Technologies, Inc.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Third

Party Complaint [Rec. Doc. 26], which was filed by Third Party Defendant, DanChem

Technologies, Inc., is hereby **GRANTED** and AmeriGlobe, LLC's claims against

DanChem Technologies, Inc. are hereby **DISMISSED WITH PREJUDICE**, consistent with the Report and Recommendation.

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any party may present evidence at trial of the comparative fault of DanChem Technologies, Inc.

      **THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 9th day of May, 2019.

 

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE